

| | STATE OF NEW YORK<br>OFFICE OF THE ATTORNEY GENERAL | |
|---|---|---|
| ANDREW M. CUOMO<br>ATTORNEY GENERAL | 120 BROADWAY<br>SUITE 26C<br>NEW YORK, NEW YORK 10271 | RICHARD L. SCHWARTZ<br>ASSISTANT ATTORNEY GENERAL<br>Tel: 212-416-8284<br>Fax: 212-416-6015<br>Email: Richard.Schwartz@oag.state.ny.us |

November 4, 2009

**BY HAND**

Peter T. Dalleo, Esq.
Clerk of Court
Office of the Clerk
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 King Street
U.S. Courthouse
Wilmington, DE 19801

Re:    *State of New York, by Attorney General Andrew M. Cuomo v. Intel Corporation*

Dear Mr. Dalleo:

    Enclosed for filing please find herewith the signed original and one copy of New York's Complaint, together with a completed civil cover sheet and two hard copies of the Summons for issuance in the above-captioned action. We also submit a pdf copy of the Complaint on a disc, as well as a check for the filing fee in the amount of $350 made out to the Clerk, U.S. District Court.

    Please also note that we have designated *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,* Civil Action No. 05-441, currently pending before Judge Joseph J. Farnan, Jr., as a related case.

Please do not hesitate to contact me at richard.schwartz@oag.state.ny.us or 212-416-8284 with any questions.

Respectfully submitted,

Richard L. Schwartz
Assistant Attorney General


cc:     Counsel for Intel Corp (w/encl. Complaint)
        Hon. Joseph J. Farnan, Jr. (w/encl. Complaint)