IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
STATE OF NEW YORK, BY ATTORNEY :
GENERAL ERIC T. SCHNEIDERMAN, :
 :
    Plaintiff, :
 : C.A. No. 09-827 (LPS)
    v. :
 :
INTEL CORPORATION, a Delaware :
corporation, :
 :
    Defendant. :
---------------------------------------------------------- x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff State of New York ("NYAG") and Defendant Intel Corporation ("Intel"), through their respective counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate and agree as follows:

    1.    This action, and all the claims asserted herein, are dismissed in their entirety, WITH PREJUDICE; and

    2.    Each party shall bear its own costs, expenses and attorneys' fees incurred in this action except as provided in the parties' Settlement Agreement.

//

//

//
//
//

//

<div style="display: flex;">

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

By: /s/ Karla M. Sanchez    2/8/12
Karla G. Sanchez
Executive Deputy Attorney General
   for Economic Justice
Richard L. Schwartz
Jeremy Kasha
James Yoon
Saami Zain
Emily Granrud
Linda Gargiulo
Assistant Attorneys General
New York State Attorney General's Office
120 Broadway, 25th Floor
New York, New York 10271-0332
(212) 416-8198
Karla.Sanchez@ag.ny.gov


Of Counsel:

MATTHEW D. SIEGEL
GERALYN J. TRUJILLO

*Attorneys for the State of New York*

</div>

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
1313 North Market Street
P.O. Box 951
Wilmington, DE 1899
(302) 984-6000
rhorwitz@potteranderson.com


Of Counsel:

Robert A. Van Nest
Paula L. Blizzard
Brook Dooley
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111-1809
Tel:  (415) 391-5400

Donn P. Pickett
Frank M. Hinman
Brian C. Rocca
BINGHAM MCCUTCHEN LLP
3 Embarcadero Center
San Francisco, CA 94111
Tel: (415) 393-2000

Daniel S. Floyd
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 229-7000

Joseph Kattan, PC
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: (202) 955-8500

*Attorneys for Intel Corporation*

Dated: February _____, 2012

SO ORDERED this ____ day of _____, 2012.

_____
Hon. Leonard P. Stark
United States District Court Judge